**Opinion issued July 22, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-21-00328-CV

———————————

**VPRE INTERESTS, LLC, WILLIAM VAN PELT IV, CHAD MUIR, COLORADO NOTE ACQUISITION PARTNERS, LLC, VP WESTWOOD, LLC, VP HUEBNER, LLC, VP KINGS CROSSING, LLC, VP MACARTHUR, LLC, AND VP STORY IRVING, LLC, Appellants**

**V.**

**DESTINATION PET, LLC, Appellee**

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-10061**

---

### MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.